

# Fourth Court of Appeals
## San Antonio, Texas

July 24, 2015

No. 04-15-00368-CV

**IN THE INTEREST OF M.N., A CHILD,**

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-02675
Honorable Martha B. Tanner, Judge Presiding

# O R D E R

Appellant Monica Perkins' motion to extend time to file brief is hereby GRANTED. Time is extended to August 10, 2015.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of July, 2015.

_____
Keith E. Hottle
Clerk of Court